[No. 14502-2-II.   Division Two.   November 16, 1992.]

JANET LYNN GIOVANNONE, *Respondent*, v. CHARLES
BAZE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 80-3-00256-0, James D. Ladley, J., entered November 2, 1990. *Affirmed* by unpublished opinion per

Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.